IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

STEVEN FISCHER, )
)
   Plaintiff, ) Cause No. 4:04CV01242AGF
vs. )
)
RONAK PATEL, )
)
)
   Defendant. )

## ORDER

Upon consideration of the Motion to Fund the **STEVEN FISCHER** Irrevocable Trust Pursuant to 42 U.S.C. Section 1396p(d)(4)(A),

The Court finds:

1. **STEVEN FISCHER** was born October 28, 1980.

2. **STEVEN FISCHER** is a disabled person as defined in Section 1614(a)(3) of the Social Security Act.

3. **STEVEN FISCHER** received a settlement as and for settlement of injuries sustained in a vehicular accident including permanent injuries to his neck, legs, elbow, fingers. Because of these permanent disabilities, **STEVEN FISCHER** is limited in his ability perform activities of daily living including the ability to walk normally.

4. **STEVEN FISCHER** is or may in the future be receiving benefits from the **Medicaid** program of the State of Missouri, **Department of Social Services, Division of Family Services**, and other additional benefits from other governmental entitlement programs.

5. **STEVEN FISCHER** sustained physical injuries resulting in permanent physical disabilities.

6. It is in the best interest of **STEVEN FISCHER** that this Court authorize the funding of an irrevocable trust pursuant to 42 U.S.C. Section 1396p(d)(4)(A) with the monies received from the settlement for **STEVEN FISCHER** with **TERRI FISCHER** as Trustee.

7. That the irrevocable trust of **STEVEN FISCHER** which is attached hereto and incorporated herein as **EXHIBIT "1"** to this Order, meets the requirements of 42 U.S.C. Section 1396p(d)(4)(A).

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

1. All monies received by **STEVEN FISCHER** after payment of his attorney fees and litigation and outstanding medical expenses are hereby ordered placed in the **STEVEN FISCHER SUPPLEMENTAL NEEDS TRUST**; and

2. The **STEVEN FISCHER** (d)(4)(A) Trust, a copy of which is attached to this Order as **EXHIBIT "1"** meets the requirements of 42 U.S.C. Section 1396p(d)(4)(A).

SO ORDERED:

_Audrey Gleaves_
JUDGE

Dated: _March 21, 2006_