UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVEN FISCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:04CV01242 AGF |
| ) | |
| RONAK PATEL, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** that counsel shall file, within seven (7) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 31st day of March, 2006.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE